July 18, 2024

**VIA ECF**
Hon. James R. Cho
U.S. District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 11D South
Brooklyn, New York 11201

# HARRIS BEACH
ATTORNEYS AT LAW

100 WALL STREET
NEW YORK, NY 10005
(212) 687-0100

**BRENDAN P. HALL**
ATTORNEY

DIRECT: (212) 912-3635
BHALL@HARRISBEACH.COM

Re: *Nettles v. Volpe, et al.*
**U.S. District Court, Eastern District of New York**
**Case: 1:24-cv-01945-JRC**

Dear Judge Cho:

Harris Beach represents defendant Sorcerer, Inc. in this matter. This is a joint status letter per this Court's directive dated June 21, 2024. The parties are in the final phase of formally resolving the case. Plaintiff does not intend to pursue defendants Mark Volpe, Caren, Lattari, and Carolyn Volpe Income Only Trust. The parties anticipate filing a stipulation of dismissal by July 26, 2024 at the latest, if not beforehand.

Please do not hesitate to contact us if the Court needs any additional information.

Sincerely,

Brendan P. Hall

/s *Jennifer E. Tucek*
Jennifer E. Tucek, Esq.
Law Office of Jennifer Tucek, PC
315 Madison Avenue, Suite 3054
New York, New York 10017
(917) 669-6991
tuceklaw@gmail.com
*Counsel to Plaintiff*
*Gemane Nettles*