UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GEMANE NETTLES,

                  Plaintiff,

  -against-

MARK VOLPE, CAREN LATTARI, CAROLYN VOLPE, INCOME ONLY TRUST and SORCERER, INC.,

                  Defendants.
------------------------------------------------------------------x

Case No: 1:24-cv-01945-JRC

**STIPULATION OF DISMISSAL**

**IT IS STIPULATED AND AGREED** by counsel for the parties to this action that:

1.    Plaintiff Gemane Nettles and defendant Sorcerer, Inc. stipulate to dismiss this action with prejudice under Federal Rule of Civil Procedure 41[a][1][A][ii];

2.    The parties may execute this agreement in counterparts; and

3.    The parties shall deem electronic signatures on this stipulation originals as New York law defines that term.

Dated: August 8, 2024

By: *Jennifer E. Tucek*
Jennifer E. Tucek, Esq.
Law Office of Jennifer Tucek, PC
315 Madison Avenue, Suite 3054
New York, New York 10017
(917) 669-6991
tuceklaw@gmail.com
*Counsel for Plaintiff*
*Gemane Nettles*

By: *Brendan P. Hall*
Brendan P. Hall, Esq.
Harris Beach PLLC
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 912-3635
bhall@harrisbeach.com
*Counsel for Defendant*
*Sorcerer, Inc.*