UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Germaine Nettles,
        Plaintiff,
v.

Mark Volpe, Caren Lattary et al.
        Defendants.

*Nettles v. Mark Volpe et al.*

24-cv-01945 (JRC)

## NOTICE OF VOLUNTARY DISMISSAL AGAINST DEENDANTS MARK VOLPE, CAREN LATTARI AND CAROLYN VOLPE ONLY TRUST

      Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the above referenced Defendants.

Dated: New York, New York

August 16, 2024

                                  /s/ Jennifer E. Tucek
                                  Law Office of Jennifer E. Tucek, PC
                                  Bar No. JT2817
                                  315 Madison Avenue, Suite 3054
                                  New York, NY 10017
                                  (917) 669-6991
                                  TucekLaw@Gmail.com
                                  *Attorney for the Plaintiff*